**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-03415-NRN

SHANE CLARK,

      Plaintiff,

v.

QEP RESOURCES, INC.,

      Defendant.

---

**JOINT STATUS REPORT**

---

Pursuant to the Court's November 18, 2021 Order [ECF No. 25], Plaintiff Shane Clark and Defendant QEP Resources, Inc. (each a "Party" and collectively the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report and state as follows:

1. Following the November 18, 2021 hearing with the Court, the Parties continued to engage in discovery in this matter, including written discovery and depositions.

2. However, the Parties also continued settlement discussions and were able to reach an agreement in principle to resolve this matter. The Parties are currently working to finalize the settlement agreement.

3. Once the Parties finalize the settlement agreement, Plaintiff will file a Request for Dismissal with Prejudice.

4. Accordingly, the Parties do not believe there is a need for a further Status Conference, but the Parties are willing to provide their availability to the Court if the Court requires further information.

Respectfully submitted this 1st day of February, 2022.

/s/ Richard M. Schreiber
Michael A. Josephson
Andrew W. Dunlap
Richard M. Schreiber
JOSEPHON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 717.352.1100

*Attorneys for Plaintiff*

/s/ David B. Jordan
David B. Jordan
LITTLER MENDELSON, P.C.
A Professional Corporation
1301 McKinney Street
Suite 1900
Houston, TX  77010
Telephone:  713.951.9400

/s/ Bradley J. Crowell
Jennifer S. Harpole
Bradley J. Crowell
LITTLE MENDELSON, P.C.
A Professional Corporation
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone:  303.629.6200

*Attorneys for Defendant*
*QEP Resources, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2022, I electronically filed the foregoing **JOINT STATUS REPORT** the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*/s/ Richard M. Schreiber*
Michael A. Josephson
Andrew W. Dunlap
Richard M. Schreiber
JOSEPHON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 717.352.1100

*Attorneys for Plaintiff*

                                                */s/ Valerie Gremillion*
                                                Valerie Gremillion