**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  1:20-cv-03415-NRN

SHANE CLARK,

       Plaintiff,

v.

QEP RESOURCES, INC.,

       Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Shane Clark and Defendant QEP Resources, Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, file this Joint Stipulation of Dismissal with Prejudice.  The Parties agree and stipulate that this action and all claims contained in this matter should be dismissed with prejudice.  The Parties also agree and stipulate that each Party shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

Respectfully submitted this 21st day of March, 2022.

/s/ Richard M. Schreiber
Michael A. Josephson
Andrew W. Dunlap
Richard M. Schreiber
JOSEPHON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 717.352.1100

*Attorneys for Plaintiff*

/s/ David B. Jordan
David B. Jordan
LITTLER MENDELSON, P.C.
A Professional Corporation
1301 McKinney Street
Suite 1900
Houston, TX  77010
Telephone:  713.951.9400

/s/ Bradley J. Crowell
Jennifer S. Harpole
Bradley J. Crowell
LITTLE MENDELSON, P.C.
A Professional Corporation
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone:  303.629.6200

*Attorneys for Defendant*
*QEP Resources, Inc.*